### In re MARRIAGE OF Linda S. KAHN and Farrell Kahn.

Linda S. KAHN, Petitioner/Respondent,

v.

Farrell KAHN, Respondent/Appellant.

No. 66001.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 28, 1995.

Rehearing Denied April 26, 1995.

John A. Klobasa, Alan C. Kohn, Kohn, Shands, Elbert, Gianoulakis & Giljum, St. Louis, for appellant.

Thomas P. Rosenfeld, Stone, Leyton & Gershman, Clayton, for respondent.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

### ORDER

PER CURIAM.

Husband appeals from a judgment entered after remand in *Kahn v. Kahn*, 846 S.W.2d 219 (Mo.App.1993). The trial court ordered husband to pay wife $122,015.88 in attorney's fees incurred by wife as a defendant in a Kentucky lawsuit.

The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).